[Grafton, December, 1889.]

STATE (*ex rel. Blanpied & a.*) *v.* CURRIER.

PETITION, of twenty legal voters for the abatement of a liquor nuisance. The defendant demanded, and it was held, that he might have a trial by jury upon the question whether he used the building described in the petition for the purposes alleged. *State* v. *Saunders*, 66 N. H. 39, 89, 90.

SMITH, J., did not sit: the others concurred.

*W. H. Cotton*, for the plaintiff.

*Bingham, Mitchell & Batchellor*, for the defendant.